

600 Third Avenue, 42nd Floor, New York, New York 10016 • (212) 684-0199

December 11, 2025

Daniel K. Winters
(212) 413-2850 (direct)
dwinters@polsinelli.com

**VIA ELECTRONIC MAIL & ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

**With copy to**:
Alexandra Licitra
Doninger / Burroughs Law Firm
247 Water Street, First Floor
New York, New York 10038

Application granted. The initial pre-trial conference is adjourned until January 9, 2026 at 2:30 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 12, 2025

Re:    ***Wright v. American Heart Association, Inc.*** **No. 1:25-cv-08951-RA**

Dear Your Honor:

Polsinelli PC represents defendant American Heart Association, Inc. in the above-captioned matter. We write in connection with Your Honor's Order, dated October 30, 2025 ordering all parties to appear for an initial status conference on December 19, 2025, or requesting adjournment by December 12, 2025 (Dkt. 8). Defendant American Heart Association respectfully requests the Court adjourn the conference to a date and time of the Court's convenience in January 2026 because Plaintiff intends to file an amended complaint (Dkt. 16) in response to American Heart Association's Motion to Dismiss (Dkt. 10). Plaintiff consents to the adjournment request.

Because Plaintiff intends to file an amended complaint, Defendant American Heart Association has not filed a responsive pleading as contemplated by the Court's Order (Dkt. 8). Adjournment until 2026 is appropriate because at this stage, an initial status conference would be a waste of the Court's resources until Defendant has an opportunity to meaningfully evaluate Plaintiff's amended complaint and determine if an answer or motion to dismiss should be filed in response.

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Phoenix | Raleigh | Salt Lake City
San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington

polsinelli.com

Respectfully Submitted,

/s/ Daniel K. Winters

Daniel K. Winters
**POLSINELLI PC**
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
dwinters@polsinelli.com

*Attorney for Defendant American Heart Association, Inc.*

2