**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

BRITTANY WRIGHT,

                                   **Plaintiff,**

                    -against-

AMERICAN HEART ASSOCIATION, INC.,
and DOES 1-10,

                                   **Defendants.**

--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/12/2026 ___

25-CV-8951 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The parties have advised the Court that they have reached a settlement in principle.

Accordingly, the case is STAYED while the parties finalize the terms of the settlement

agreement. The parties shall file a status letter by April 13, 2026, regarding the steps taken to

finalize the settlement. In the event that the case is not settled, the settlement conference

scheduled for March 12, 2026, is ADJOURNED to May 18, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        March 12, 2026
              New York, New York